IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STEPHANIE LOPEZ<br>*Plaintiff,*<br><br>V.<br><br>THE CITY OF SAN ANTONIO<br>BY AND THROUGH ITS AGENT<br>THE SAN ANTONIO FIRE<br>DEPARTMENT<br>*Defendant.* | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. _____<br>§ SA25CA0834 OG<br>§<br>§<br>§<br>§<br>§ |

## DECLARATION OF STEPHANIE LOPEZ IN SUPPORT OF EQUITABLE TOLLING

My name is Stephanie Lopez. I am the Plaintiff in the above-captioned matter and submit this declaration in support of the timeliness of my complaint. I respectfully request the Court to apply the doctrine of equitable tolling to prevent injustice and to preserve my claims under the Americans with Disabilities Act, the Texas Commission on Human Rights Act, the Rehabilitation Act, and the Texas Labor Code. In support of this request, I declare as follows:

1

1. I received a Notice of Right to Sue from the U.S. Equal Employment Opportunity Commission (EEOC) in relation to Charge No. 451-2025-00707. Based on the EEOC documentation, I believed my 90-day deadline to file a civil action would expire on July 16, 2025.

2. On July 16, 2025 I submitted my lawsuit for filing with the Bexar County District Clerk's Office. As a pro se litigant, I filed in Bexar County in good faith, mistakenly believing it was an appropriate venue for my claims.

3. On July 17, 2025, I received a response from the Bexar County Clerk rejecting my filing and stating that I must instead submit my complaint in the proper jurisdiction—namely, the United States District Court for the Western District of Texas.

4. Upon receiving that notice, I acted promptly to correct my error and refile my complaint in the appropriate federal court. At no point was I attempting to delay or avoid proper procedure.

5. I am not an attorney and have no legal training. As a pro se litigant navigating complex procedural rules, I made a reasonable and honest mistake regarding venue. I have acted diligently and in good faith throughout this process.

6. I respectfully ask that the Court deem my complaint timely filed pursuant to the doctrine of equitable tolling. My original attempt to file occurred within the statutory 90-day window, and any delay in re-filing was the direct result of that good faith error and corrected without undue delay.

7. If the Court requires any additional documentation regarding my initial submission, the rejection by the Bexar County Clerk, or the timestamp of that filing, I am prepared to submit it as evidence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 17, 2025, in Bexar County, Texas.

                          Respectfully submitted,

                          /s/ Stephanie Lopez
                          Stephanie Lopez
                          3323 Cherokee Cove
                          San Antonio, Texas 78253
                          Phone: (210) 420-4605
                          Email: slo19592003@yahoo.com
                          Pro Se Plaintiff

## Returned for Correction Filing Notification for filing on case 103237129

From: no-reply@efilingmail.tylertech.cloud (no-reply@efilingmail.tylertech.cloud)
To: slo19592003@yahoo.com
Date: Thursday, July 17, 2025 at 08:43 AM CDT



# Filing Returned for Correction

Envelope Number: 103237129
Case Number: 103237129
Case Style:

The filing has been reviewed and returned for correction. Please refile with the corrections indicated below. For instructions on how to retain your original file stamp date, consult with your electronic filing service provider or the clerk's office. An electronically filed document is deemed filed when delivered to the electronic filing service provider, unless it is filed on a Saturday, Sunday, or legal holiday (in which case it is deemed filed on the next day that is not a Saturday, Sunday, or legal holiday)—or the document requires a motion and an order permitting the document to be filed.

| Return Reason(s) from Clerk's Office ||
|---|---|
| Court | Bexar County |
| Correction Reason(s) | |
| Correction Comment | Please do not refile this envelope. Instead, make the necessary corrections within your current envelope and resubmit to the correct jurisdiction. Thank you for E-filing. MLM |

To learn how to copy the returned filing so that you can make changes to refile, click here

| Document Details | |
|---|---|
| Case Number | 103237129 |
| Case Style | |
| Date/Time Submitted | 7/16/2025 11:31 PM CST |
| Filing Type | Application (No Fee) |
| Filing Description | |
| Activity Requested | EFile |
| Filed By | stephanie lopez |
| Filing Attorney | |







## RE: Pro Se Filing- Stephanie Lopez

From: TXWD_ECF_help (txwd_ecf_help@txwd.uscourts.gov)
To: slo19592003@yahoo.com
Date: Thursday, July 17, 2025 at 08:28 AM CDT

Thank you for your inquiry.

Unfortunately, this email address cannot be used to file any documents. We only accept filings via US mail, over the counter, Dropbox, or if you can apply for permission to file electronically. More details and instructional manuals can be found on our website under the "Filing Without an Attorney" tab.

https://www.txwd.uscourts.gov/

NOTE: ELECTRONIC FILING IS NOW MANDATORY
TXWD ECF Help Desk
U.S. District Court
Western District of Texas
Support Hours: 8am - 5pm CT
Monday - Friday (excluding holidays)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**From:** Stephanie Lopez <slo19592003@yahoo.com>
**Sent:** Wednesday, July 16, 2025 10:59 PM
**To:** TXWD_ECF_help <txwd_ecf_help@txwd.uscourts.gov>
**Subject:** Fw: Pro Se Filing- Stephanie Lopez

**CAUTION - EXTERNAL:**

----- Forwarded Message -----

**From:** Stephanie Lopez <slo19592003@yahoo.com>

**To:** txwd_efile_sa@txwd.uscourts.gov <txwd_efile_sa@txwd.uscourts.gov>

**Sent:** Wednesday, July 16, 2025 at 11:55:46 PM CDT

**Subject:** Pro Se Filing- Stephanie Lopez

Dear Clerk,

I am submitting this filing as a pro se Plaintiff in the matter of *Stephanie Lopez v. City of San Antonio, by and through the San Antonio Fire Department.*

Earlier today, I filed this complaint in Bexar County District Court, but as I am unfamiliar with jurisdictional rules, I am submitting it here as well in the U.S. District Court for the Western District of Texas (San Antonio Division) out of an abundance of caution.

Attached are the following documents for your consideration and potential filing:
– Complaint (PDF)

– Civil Cover Sheet (JS-44)

– Bexar County Filing Screenshots

I respectfully request the Court accept this filing or advise me if any further action is needed. I apologize for any procedural errors, as I am representing myself and doing my best to follow proper procedure.

Please confirm receipt. Thank you for your time and assistance.

Respectfully,

Stephanie Lopez
3323 Cherokee Cove
San Antonio, Texas 78253
Phone: (210) 420-4605
Email: slo19592003@yahoo.com
Pro Se Plaintiff