Generated: Jul 18, 2025 8:21AM

Page 1/1



# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Jul 18, 2025 8:21AM

Stephanie Lopez
3323 Cherokee CV
San Antonio, Texas 78253

Rcpt. No: 8150       Trans. Date: Jul 18, 2025 8:21AM       Cashier ID: #TT (6587)

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 405.00 | 405.00 |

| CD | Tender |       |            | Amt      |
|----|--------|-------|------------|----------|
| CH | Check  | #108  | 07/18/2025 | $405.00  |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Comments: Case No. 5:25-CV-00834-OLG, Lopez v. The City of San Antonio, et al

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

SA25CA0834   OG   MJ-HJB